**Allen L. MOORE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 74671.**

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 26, 1999.

Jennifer S. Walsh, St. Louis, for appellant.

Jeremiah (Jay) Nixon, Atty. Gen., Meghan J. Stephens, Asst. Atty. Gen., Jefferson City, for respondent.

Before JAMES A. PUDLOWSKI, P.J., WILLIAM H. CRANDALL, Jr., and CLIFFORD H. AHRENS, JJ.

### ORDER

PER CURIAM.

Movant Allen Moore appeals from the judgment denying his Rule 24.035 motion for post-conviction relief. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We affirm the judgment pursuant to Rule 84.16(b).